## CLERK CERTIFICATE
## PARISH OF WEST BATON ROUGE

I, KATHY BLANCHARD, DEPUTY CLERK OF COURT FOR THE PARISH OF WEST BATON ROUGE DO HEREBY ATTEST THAT ATTACHED PLEADINGS ARE TRUE AND CORRECT COPIES FILED IN THE SUIT 1044036 B ENTITLED BREANNE BOUQUET VS ORTHONET, LLC ET AL IN THE PARISH OF WEST BATON ROUGE IN THE 18TH JUDICIAL DISTRICT IN PORT ALLEN, LOUISIANA.

GIVEN MY HAND AND SEAL THIS 7TH DAY OF DECEMBER, 2017.

*Kathy Blanchard*

Kathy Blanchard
Deputy Clerk
Parish of West Baton Rouge
(225) 383-0378





EXHIBIT "2"

EIGHTEENTH JUDICIAL DISTRICT COURT
PARISH OF WEST BATON ROUGE
STATE OF LOUISIANA

BREANNE BOUQUET                           SUIT NUMBER: 44036 B

VERSUS

ORTHONET, LLC,
UNITED HEALTHCARE OF LOUISIANA, INC.
And LOUISIANA SHERIFFS' ASSOCIATION, INC.          DIVISION

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the Petitioner Breanne Bouquet, a resident of the full age of majority of West Baton Rouge, State of Louisiana, who represents, as follows:

I.

Made defendants herein are:

a. United Healthcare of Louisiana, Inc. (hereinafter UnitedHealthcare), is a corporation, residing in Baton Rouge, Louisiana and authorized and doing business in Louisiana;

b. Orthonet, LLC (hereinafter OrthoNet), a foreign corporation residing in White Plains, New York and authorized and doing business in Louisiana.

c. Louisiana Sheriffs' Association, Inc., a non-profit corporation in East Baton Rouge Parish, State of Louisiana; and

d. Louisiana Sheriffs' Pension & Relief Fund, a subunit of the Louisiana Sheriffs' Association, Inc.

II.

The defendants are justly and truly indebted to the Petitioner for the reasons hereinafter enumerated.

III.

UnitedHealthcare issued a group healthcare policy, Number 0704543 to Christopher Bouquet, insuring the employees of West Baton Rouge Sheriff's Office.

IV.

Said policy was delivered and is in full force and effect in West Baton Rouge Parish, State of Louisiana.

V.

Plaintiff, Breanne Bouquet, is a participant of said healthcare policy which was created for her spouse's employer, West Baton Rouge Sheriff's Office.

Scanned & Filed
NOV - 2 2017

VI.

Plaintiff was involved in a motor vehicle accident on April 3, 2013. As a result of the motor vehicle accident, she developed bilateral peroneal neuropathy with associated weakness. Associated with the nerve injury, plaintiff developed signs and symptoms consistent with CRPS type II. Plaintiff has been diagnosed with chronic pain syndrome.

VII.

Plaintiff has been treated by physicians for over four years with no improvement and has continued a decline in health.

VIII.

On August 11, 2016, plaintiff had a spinal cord stimulator trial.

IX.

Plaintiff's physician, advised OrthoNet, LLC on behalf of United Healthcare of Louisiana, Inc. that the trial resulted in greater than 50% improvement in pain, discontinuation of extended release opioid medications, and a significant increase in function.

X.

On September 3, 2016, UnitedHealthcare denied the spinal cord stimulator.

XI.

Plaintiff and her physician appealed said denial providing overwhelming evidence supporting the benefit of the spinal cord stimulator. Dr. Sean Graham, the plaintiff's treating physician, noted that the stimulator provided greater than 50% improvement in pain, discontinuation of extended release opioid medications, and a significant increase in function as she was also able to stand and walk more with less pain and sleep better.

XII.

On October 31, 2016 OrthoNet, LLC on behalf of UnitedHealthcare denied the appeal.

XIII.

OrthoNet, LLC on behalf of UnitedHealthcare has, without good reason, denied coverage for the spinal cord stimulator despite receipt of overwhelming proof the stimulator would benefit plaintiff greatly.

XIV.

UnitedHealthcare's failure to pay these claims is arbitrary and capricious, without good cause, and made in bad faith.

XV.

OrthoNet, LLC on behalf of UnitedHealthcare denial of the spinal cord stimulator has caused Plaintiff emotional distress, anxiety, and forces her to live with horrific pain and rely on opioid medication to help with her pain.

XVI.

Defendants' denials have required Plaintiff to hire an attorney to represent her in this matter to reverse the denial of the spinal cord stimulator.

WHEREFORE, the petitioner prays that the defendants, UnitedHealthcare, OrthoNet, and Louisiana Sheriffs' Association, Inc. be served with a copy of this petition and cited to appear and answer same, and after all due proceedings had, there be judgment herein as follows:

1. There be judgment against the defendants, UnitedHealthcare, OrthoNet, and Louisiana Sheriffs' Association, Inc. for the full and true sum as is reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs;

2. For all general and equitable relief that can be afforded to the petitioner by this Honorable Court, pursuant to the laws of the State of Louisiana.

Respectfully Submitted:

Andre' P. LaPlace
2762 Continental Drive, Ste 103
Baton Rouge, Louisiana 70808
Telephone No.: (225) 924-6898
Bar Roll Number: 8039

**PLEASE SERVE**

United Healthcare of Louisiana, Inc.
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

*and*

Orthonet, LLC
1311 Mamaroneck Avenue
Suite 240
White Plains, New York 10605

*and*

Louisiana Sheriffs' Association, Inc.
T. Allen Usry
1615 Poydras Street
Suite 1250
New Orleans, Louisiana 70112

# CITATION

**ROBERT MCKINSEY**

Versus

**STATE OF LOUISIANA, THRU DEPT OF PUBLIC SAFETY**



Case: 00001044010
Division: C
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

$31.20

SERVE: DEPT OF PUBLIC SAFETY
THRU DEPT OF GENERAL COUNSEL OFFICE
7979 INDEPENDENCE BLVD
3RD FLOOR, ROOM 307
BATON ROUGE, LA 70806

**RETURN TO WBR CLERK**

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE PETITION FOR JUDICIAL REVIEW FILED BY PLAINTIFF IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, IN THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF A DEFAULT JUDGMENT AGAINST YOU.

WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, on October 27, 2017.

On this day I made departmental service on the named law enforcement officer thru on
☑ Louisiana State Police Headquarters
☐ East Baton Rouge Parish Sheriff's Office

NOV 15 2017

by tendering a copy of this document to
☑ Jamie Pisciner ☐ Gayuna Christmas

_signature_
Deputy Sheriff, Parish of East Baton Rouge, LA

Attorney:
JENNIFER MOTLOW

_Kathy Blanchard_
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

## NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE

*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ RETURN COPY ]

# CITATION



**BREANNA BOUQUET**

Versus

**ORTHONET LLC, ET AL**

Case: 00001044036
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE: LA SHERIFF'S ASSOCIATION INC
THRU T ALLEN USRY
1615 POYDRAS ST, STE 1250
NEW ORLEANS, LA 70112

RETURN TO
W B R CLERK

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE PETITION FILED BY PLAINTIFF IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, IN THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF A DEFAULT JUDGMENT AGAINST YOU.

WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, on November 2, 2017.

Kathy Blanchard

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767



Attorney:
ANDRE LAPLACE

## NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE

If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).

[ RETURN COPY ]

EIGHTEENTH JUDICIAL DISTRICT COURT
PARISH OF WEST BATON ROUGE
STATE OF LOUISIANA

BREANNE BOUQUET                        SUIT NUMBER:      00001044036

VERSUS

ORTHONET, LLC,
UNITED HEALTHCARE OF
LOUISIANA, INC. and LOUISIANA
SHERIFFS' ASSOCIATION, INC.            DIVISION:         B

# AFFIDAVIT OF LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in this state and parish, personally appeared Tracie Johnson, who, after being duly sworn, did depose and state that he/she sent a certified copy of the petition and the citation by certified mail, after having enclosed it in an envelope properly addressed to the defendant, with sufficient postage affixed, and deposited in the United States mail on November 6, 2017. The return receipt from the postal service of the defendant is attached and will be filed into the record.

Tracie Johnson
AFFIANT

Sworn to and subscribed before me
This 13th day of November 2017

Notary Public
My Commission Expires  At decease

2017 NOV 20 PM 12: 07

DEPUTY CLERK

Andre' P. LaPlace
2762 Continental Dr., Suite 103
Baton Rouge, Louisiana 70808

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bracket a out

9590 9403 0948 5223 4700 72

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING#


Page 2/2  CIVIL_00001044036, Transaction Date: 11/20/2017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article...

ORTHONET LLC
1311 MAMARONECK AVENUE
SUITE 240
WHITE PLAINS, NY 10605

9590 9403 0948 5223 4700 72

... (Transfer from service label)
7013 0600 0001 2640 7407

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature 
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  11 9 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
... ured Mail
   ured Mail Restricted Delivery
   er $500)

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

## NOTICE OF SERVICE

BREANNA BOUQUET

Versus

ORTHONET LLC, ET AL



Case: *00001044036*
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  ANDRE PHILLIP LAPLACE
     ANDRE PHILLIP LAPLACE
     2762 CONTINENTAL DR.
     BATON ROUGE, LA  70808

Date of Service: November 8, 2017

Personal/Domiciliary: Domiciliary

Party Served: **LA SHERIFFS ASSO**

Issued by the Clerk of Court on November 21, 2017.

**Pleading Served:**
**PETITION**

_____
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

FOOTERAREA