UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BREANNE BOUQUET | * | CIVIL ACTION NO. 3:17-CV-01756 |
| Plaintiff, | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| ORTHONET, LLC, UNITED HEALTHCARE OF LOUISIANA, INC. and LOUISIANA SHERIFFS' ASSOCIATION, INC | * | MAG. JUDGE ERIN WILDER-DOOMES |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

**CONSIDERING** the foregoing "Joint Motion to Dismiss With Prejudice" in this matter and good cause appearing therein:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

All issues pertaining to this lawsuit have now been resolved between the Plaintiff, Breanne Bouquet, and Defendants, United Healthcare of Louisiana, Inc. and Orthonet, LLC; therefore, this the claims of Breanne Bouquet are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana, this __16th__ day of __October__, 2018.

_____
JUDGE, United States District Court,
Middle District of Louisiana

1